RECEIVED
MAY - 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FARRELL,<br><br>  Plaintiff,<br><br>v.<br><br>OPENTABLE, INC., a Delaware corporation d/b/a OpenTable.com,<br><br>  Defendant. | CASE NO. 4:11-cv-01785-DMR  (SI)<br><br>(Proposed)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

William C. Gray, whose business address and telephone number is Edelson McGuire, LLC, 350 North LaSalle Street, Suite 1300, Chicago, Illinois 60654 (312) 589-6370 wgray@edelson.com and who is an active member in good standing of the bar of the State of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, William Farrell

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 5/3/4

_____
Honorable Susan Illston
United States District Judge