1  EDELSON MCGUIRE LLC
   WILLIAM C. GRAY (*Pro Hac Vice*) (wgray@edelson.com)
2  350 North La Salle Street, Suite 1300
   Chicago, IL 60654
3  Telephone:    (312) 589-6370

4  SEAN REIS (184044) (sreis@reisfirm.com)
   30021 Tomas Street, Ste. 300
5  Rancho Santa Margarita, CA 92688
   Telephone:    (949) 459-2124
6  Facsimile:    (858) 550-6420

7  Attorneys for Plaintiff
   WILLIAM FARRELL
8
   COOLEY LLP
9  MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
10 101 California Street, 5th Floor
   San Francisco, CA 94111-5800
11 Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
12
13 MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
   DARCIE A. TILLY (239715) (dtilly@cooley.com)
14 4401 Eastgate Mall
   San Diego, CA 92121
15 Telephone:    (858) 550-6000
   Facsimile:    (858) 550-6420
16
17 Attorneys for Defendant
   OPENTABLE, INC.

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20

21 WILLIAM FARRELL, on his own behalf and      Case No.  **C 11-01785-SI**
   on behalf of all other similarly situated,
22                                              **STIPULATION AND [PROPOSED] ORDER
                                                SEEKING BRIEF CONTINUANCE OF JULY
23          Plaintiff,                          29, 2011 CASE MANAGEMENT
                                                CONFERENCE**
24      v.

25 OPENTABLE, INC., a Delaware corporation,
   d/b/a OpenTable.com,
26
            Defendant.
27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**N.D. CAL. CASE NO. C 11-01785-SI**

*STIPULATION AND [PROPOSED] ORDER SEEKING
BRIEF CONTINUANCE OF JULY 29, 2011 CASE
MANAGEMENT CONFERENCE*

## RECITALS

WHEREAS, on April 12, 2011, plaintiff William Farrell ("Plaintiff") filed a putative class action lawsuit against defendant OpenTable, Inc. ("OpenTable");

WHEREAS, Plaintiff and OpenTable (collectively, "Parties") participated in a mediation presided over by Barbara Reeves Neal of JAMS;

WHEREAS, following the mediation, and continued negotiations, the Parties agreed in principle to a class-wide settlement;

WHEREAS, that agreement to settle is subject to the Parties executing a settlement agreement and release containing additional terms, which the Parties have drafted but have not yet signed; and

WHEREAS, the Parties believe this constitutes good cause to continue the July 29, 2011 Case Management Conference ("CMC"), along with the corresponding deadline for filing the Parties' Joint CMC Statement, for approximately thirty (30) days until at least September 2, 2011.

## STIPULATION

NOW THEREFORE, it is stipulated and agreed to between the Parties that they shall jointly request the Court to continue the July 29, 2011 CMC, along with the deadline for filing the Parties' Joint CMC Statement, for thirty (30) days.

Dated: July 19, 2011                    EDELSON MCGUIRE LLC


                                        s/ **William C. Gray**
                                        WILLIAM C. GRAY (*Pro Hac Vice*)

                                        Attorneys for Plaintiff
                                        WILLIAM FARRELL

Dated: July 19, 2011                    COOLEY LLP


                                        s/ **Michelle C. Doolin**
                                        Michelle C. Doolin (179445)

                                        Attorneys for Defendant
                                        OPENTABLE, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**N.D. CAL. CASE NO. C 11-01785-SI**         2.         **STIPULATION AND [PROPOSED] ORDER SEEKING BRIEF CONTINUANCE OF JULY 29, 2011 CASE MANAGEMENT CONFERENCE**

1

**[PROPOSED] ORDER**

2      The CMC currently set for July 29, 2011 at 2:30 p.m. is hereby continued until

3   _____9/9/11_____ (date) at ___2:30 P.M.___ (time).   The Parties' Joint CMC

4   statement shall be filed seven (7) calendar days before the conference.  If Plaintiff's preliminary

5   settlement approval papers are on file with the Court before the CMC, the CMC shall be vacated.

6

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   ___7/20/11_____          _____

10           DATED                        THE HONORABLE SUSAN ILLSTON
                                          U.S. DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**N.D. CAL. CASE NO. C 11-01785-SI**            3.            **STIPULATION AND [PROPOSED] ORDER SEEKING
BRIEF CONTINUANCE OF JULY 29, 2011 CASE
MANAGEMENT CONFERENCE**

1

**FILER'S ATTESTATION**

2      Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that

3   all parties have concurred in the filing of this Stipulation and [Proposed] Order Seeking Brief

4   Continuance of July 29, 2011 Case Management Conference.

5

6   Dated: July 19, 2011                    COOLEY LLP

7

8                                          s/ **Michelle C. Doolin**
                                           Michelle C. Doolin (179445)

9                                          Attorneys for Defendant
                                           OPENTABLE, INC.

10   718860 /SD

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28