1  EDELSON MCGUIRE LLC
   WILLIAM C. GRAY (*Pro Hac Vice*) (wgray@edelson.com)
2  350 North La Salle Street, Suite 1300
   Chicago, IL 60654
3  Telephone:    (312) 589-6370

4  SEAN REIS (184044) (sreis@reisfirm.com)
   30021 Tomas Street, Ste. 300
5  Rancho Santa Margarita, CA  92688
   Telephone:    (949) 459-2124
6  Facsimile:    (858) 550-6420

7  Attorneys for Plaintiff
   WILLIAM FARRELL
8
   COOLEY LLP
9  MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
   KYLE C. WONG (224021) (kwong@cooley.com)
10 101 California Street, 5th Floor
   San Francisco, CA 94111-5800
11 Telephone:    (415) 693-2000
   Facsimile:    (415) 693-2222
12
   MICHELLE C. DOOLIN (179445) (doolinmc@cooley.com)
13 DARCIE A. TILLY (239715) (dtilly@cooley.com)
   4401 Eastgate Mall
14 San Diego, CA  92121
   Telephone:    (858) 550-6000
15 Facsimile:    (858) 550-6420

16 Attorneys for Defendant
   OPENTABLE, INC.
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 WILLIAM FARRELL, on his own behalf and     Case No.  C 11-01785-SI
   on behalf of all other similarly situated,
22                                             **STIPULATION AND [P~~ROPOSED~~] ORDER
                                               SETTING DATE FOR FILING OF
23              Plaintiff,                     PLAINTIFF'S MOTION FOR FINAL
                                               APPROVAL OF CLASS ACTION
24       v.                                    SETTLEMENT**

25 OPENTABLE, INC., a Delaware corporation,
   d/b/a OpenTable.com,
26
                Defendant.
27

28
   ─────────────────────────────────────────────────────────
   N.D. CAL. CASE NO. C 11-01785-SI            STIP. AND [PROPOSED] ORDER SETTING DATE
                                               FOR FILING OF PLAINTIFF'S MOT. FOR FINAL
                                               APPROVAL OF CLASS ACTION SETTLEMENT

**RECITALS**

WHEREAS, on April 12, 2011, plaintiff William Farrell ("Plaintiff") filed a putative class action lawsuit against defendant OpenTable, Inc. ("OpenTable");

WHEREAS, Plaintiff and OpenTable (collectively, the "Parties") reached a settlement of this Class Action, the terms of which were memorialized in an agreement "(Agreement)" between the Parties (Dkt. 26-1 – 26-5);

WHEREAS, this Court granted Preliminary Approval of Class Action Settlement and Class Certification on September 27, 2011 (Dkt. 29);

WHEREAS, the Agreement specifies that Plaintiff shall submit his papers in support of final approval "according to the briefing schedule set forth in Local Rules 7-2 and 7-3[,]" namely 35 calendar days before the final approval hearing date;

WHEREAS, this Court set the hearing for final approval of the Agreement on January 20, 2012;

WHEREAS, Plaintiff requested that OpenTable stipulate to continue the deadline for the filing of Plaintiff's papers in support of final approval to January 6, 2012 so that Plaintiff can address the recently filed objection to the Agreement in the same brief as his motion for final approval and in light of the upcoming winter holidays; and

WHEREAS, OpenTable is amenable to granting Plaintiff an extension until January 6, 2012 to file his papers in support of final approval, so long as OpenTable's deadline to file any statement regarding (non-opposition to) the Agreement is also extended until January 6, 2012.

/ / /
/ / /
/ / /
/ / /

## STIPULATION

NOW THEREFORE, it is stipulated and agreed to between the Parties that they shall jointly request the Court to continue the deadline for Plaintiff to file his papers in support of final approval to January 6, 2012. The Parties further stipulate and agree to request the Court to continue the deadline for OpenTable to file any statement regarding (non-opposition to) the Agreement until January 6, 2012.

Dated: December 13, 2011                    EDELSON MCGUIRE LLC


                                            s/ **William C. Gray**
                                            WILLIAM C. GRAY (*Pro Hac Vice*)

                                            Attorneys for Plaintiff
                                            WILLIAM FARRELL

Dated: December 13, 2011                    COOLEY LLP


                                            s/ **Michelle C. Doolin**
                                            Michelle C. Doolin (179445)

                                            Attorneys for Defendant
                                            OPENTABLE, INC.

## [PROPOSED] ORDER

Plaintiff shall file his Motion for Final Approval of Class Action Settlement on  1/6/12  . Any statement regarding (non-opposition to) the Agreement that OpenTable may wish to file is also due on    1/6/12   .


PURSUANT TO STIPULATION, IT IS SO ORDERED.


  12/16/11                                  _____
    DATED                                   THE HONORABLE SUSAN ILLSTON
                                            U.S. DISTRICT COURT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Setting Date For Filing Plaintiff's Motion For Approval Of Class Action Settlement.

Dated: December 13, 2011          EDELSON MCGUIRE, LLC


                                  s/ **William C. Gray**
                                  William C. Gray (Pro Hac Vice).

                                  Attorneys for Plaintiff
                                  William Farrell

734171/SD