IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FARRELL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>OPENTABLE, INC., a Delaware corporation, d/b/a/ OpenTable.com,<br><br>　　　　Defendant.　　　　　　　　　／ | No. C 11-1785 SI<br><br>**ORDER RE: JANUARY 20, 2012 HEARING AND OBJECTION FILED BY FRED SONDHEIMER** |

On January 20, 2012, the Court held a hearing on plaintiff's motion for final approval of the class action settlement, as well as plaintiff's motion for award of attorneys' fees and expenses and incentive award. On December 9, 2011, Fred Sondheimer, though his counsel Laurence Schonbrun, filed an objection to the class settlement, and Mr. Schonbrun had requested to appear at the hearing by telephone. The Court inadvertently did not connect Mr. Schonbrun so that he could appear at the hearing by telephone, and Mr. Sondheimer's objections were not discussed at the hearing. If Mr. Sondheimer wishes to supplement the written objections he filed, he may do so by filing additional papers no later than 5 pm on January 23, 2012.

**IT IS SO ORDERED.**

Dated: January 23, 2012

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge