SEAN P. REIS (SBN 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (*pro hac vice*)
rbalabanian@edelson.com
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM FARRELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>OPENTABLE, INC., a Delaware corporation, d/b/a OpenTable.com,<br><br>*Defendant*. | Case No. CV 11-1785 SI<br><br>**STIPULATION FOR DEFENDANT TO COLLECT REFUND INFORMATION AND PAYMENT TO OBJECTOR'S COUNSEL**<br><br>Judge: Honorable Susan Illston |

.

# RECITALS

1. On August 16, 2011, Plaintiff William Farrell and Defendant OpenTable, Inc. (collectively, "the Parties") entered into a Class Action Settlement Agreement, filed as Dkt. No. 26-1 in the above captioned action ("the Agreement").

2. On December 9, 2011, Fred Sondhiemer, a Settlement Class Member, filed with the Court a document styled "(Protective) Objection to Proposed Settlement and Award of Attorneys' Fees and Costs and Request to Appear Telephonically" (the "Objection").

3. One of the grounds for the Objection was that the Agreement contained no reporting requirement by which the parties would file with the Court a declaration stating:

  (a) the number of class members who received a refund; and

  (b) the number of class members who received a credit.

4. On January 30, 2012, over Mr. Sondheimer's Objection, the Court granted final approval to the Parties' Class Action Settlement Agreement, and awarded attorneys' fees to Class Counsel, and an incentive award to the Class Representative.

5. Notwithstanding the Court's final approval of the Settlement, the Parties have agreed to amend the Agreement through this Stipulation such that for a period of no more than one (1) year from the Final Settlement Date as that term is defined in Paragraph 1.11 of the Agreement, OpenTable shall maintain records reflecting any refunds or credits paid to Settlement Class members pursuant to Paragraph 1.22 of the Agreement and at the end of that one (1) year period, OpenTable shall file such information with the Court.

6. Objector Sondheimer and his counsel contend that they have brought value to the Settlement by testing its strength and prompting the Parties to enter into this Stipulation. They further contend it is appropriate to provide them compensation for the time and effort expended in lodging the Objection to the Settlement.

**STIPULATION**

**NOW THEREFORE**, the Parties (pursuant to Paragraph 7.3 of the Agreement) and Mr. Sondheimer, hereby **STIPULATE** and **AGREE** to the following:

1. For a period of no more than one (1) year from the Final Settlement Date as that term is defined in Paragraph 1.11 of the Agreement, OpenTable shall maintain reasonable records reflecting any refunds or credits paid to Settlement Class members pursuant to Paragraph 1.22 of the Agreement and at the end of that one (1) year period, OpenTable shall file such information with the Court;

2. Mr. Sondheimer shall request dismissal of his appeal in this case within twenty-four (24) hours of filing this stipulation with the Court by Plaintiff's counsel and a signed court order; and

3. Within fourteen (14) calendar days after OpenTable makes the payment under Paragraph 6.2 of the Agreement, Class Counsel shall pay to Mr. Sondheimer and his counsel the sum of $7,000. Mr. Sondheimer's counsel shall be solely responsible for the allocation and distribution of any award to Mr. Sondheimer, as well as any of Mr. Sondheimer's successors, assigns, legatees, heirs, executors, and personal representatives that may assert any claim to all or part of such award. Mr. Sondheimer will not seek payment of any incentive award, service award, or honorarium from the Parties or their counsel.

Dated: April 27, 2012

**WILLIAM FARRELL**, individually and on behalf of all others similarly situated,

By:   /s/  Rafey S. Balabanian

JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (*pro hac vice*)
rbalabanian@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

**SIGNATURES CONTINUED ON THE NEXT PAGE**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: April 27, 2012 | **OPENTABLE, INC.,** Defendant |
| 3 | | By:__/s/  Michael G. Rhodes_____ |
| 4 | | MICHAEL G. RHODES |
| 5 | | mrhodes@cooley.com<br>COOLEY LLP |
| 6 | | 101 California Street, 5th Floor<br>San Francisco, California 94111-5800 |
| 7 | | Telephone: (415) 693-2181<br>Facsimile: (415) 693-2222 |
| 8 | Dated: April 27, 2012 | **FRED SONDHEIMER,** Class Member/Objector |
| 9 | | |
| 10 | | By:__/s/  Fred Sondheimer_____ |
| 11 | | LAWRENCE W. SCHONBRUN<br>Lschon@inreach.com |
| 12 | | 86 Eucalyptus Road<br>Berkeley, California 94705 |
| 13 | | Telephone: (510) 547-8070<br>Facsimile: (510) 923-0627 |

[Proposed] **ORDER**

1. For a period of no more than one (1) year from the Final Settlement Date as that term is defined in Paragraph 1.11 of the Agreement, OpenTable shall maintain reasonable records reflecting any refunds or credits paid to Settlement Class members pursuant to Paragraph 1.22 of the Agreement and at the end of that one (1) year period, OpenTable shall file such information with the Court; and

2. Within fourteen (14) calendar days after OpenTable makes the payment under Paragraph 6.2 of the Agreement, Class Counsel shall pay to Mr. Sondheimer and his counsel the sum of $7,000 to compensate them for the time and effort expended in lodging the Objection to the Settlement.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated this _____ day of _____, 2012

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all signatories have concurred in the filing of this "STIPULATION FOR DEFENDANT TO COLLECT REFUND INFORMATION AND PAYMENT TO OBJECTOR'S COUNSEL."

Dated: April 27, 2012

**WILLIAM FARRELL**, individually and on behalf of all others similarly situated,

By:  /s/ Rafey S. Balabanian

JAY EDELSON (*pro hac vice*)
jedelson@edelson.com
RAFEY S. BALABANIAN (*pro hac vice*)
rbalabanian@edelson.com
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

**CERTIFICATE OF SERVICE**

    I, Rafey S. Balabanian, an attorney, hereby certify that on April 27, 2012, I served the above and foregoing STIPULATION FOR DEFENDANT TO COLLECT REFUND INFORMATION AND PAYMENT TO OBJECTOR'S COUNSEL, by causing true and accurate copies of such paper to be filed with the Clerk of the United States District Court for the Northern District of California via that Court's CM/ECF electronic filing system, which will cause the same to be served on all persons entitled to receive electronic notice (i.e. email), and further by causing true and accurate copies of such paper to be transmitted to Lawrence Schonbrun, Esq., counsel for Objector Fred Sondheimer via email to: lschon@inreach.com, all on this the 27th day of April, 2012.

                                                     /s/  Rafey S. Balabanian